| | |
|---|---|
| WANDA FAYE BEST,<br>        Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br>        Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:14-CV-461-D** |

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** the court has reviewed the M&R, the record, and the briefs. The court is satisfied that there is no clear error on the face of the record. Accordingly, the court adopts the conclusions in the M&R [D.E. 20]. Plaintiff's motion for judgment on the pleadings [D.E. 16] is GRANTED, defendant's motion for judgment on the pleadings [D.E. 17] is DENIED, and the action is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g).

**This Judgment Filed and Entered on February 4, 2016, and Copies To:**

Wanda Faye Best                  (sent to 612 Academy Street, Wilson, NC 27893 via US Mail)
Wanda D. Mason                         (via CM/ECF Notice of Electronic Filing)

DATE:                                   JULIE RICHARDS JOHNSTON, CLERK
February 4, 2016                   (By)  /s/ Nicole Briggeman
                                            Deputy Clerk